```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| WILLIAM BRUCK<br>    Plaintiff,<br><br>  v.<br><br>MICHELE GORMAN, JOHN GORMAN,<br>and TRILUTIONS REAL ESTATE<br>GROUP, INC.,<br><br>    Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>  Civil Action<br>No. 15-252 (JBS/AMD)<br><br>**ORDER** |

  This matter comes before the Court by way of Plaintiff William Bruck's motion for final default judgment [Docket Item 5]; and the Court having considered the submissions; and for the reasons explained in the Opinion of today's date; and for good cause shown;

  IT IS this **22nd** day of **December**, **2015,** hereby

  ORDERED that Plaintiff's motion for default judgment [Docket Item 5] shall be, and hereby is GRANTED with respect to Count One (breach of contract) and Count Three (common law fraud) against Michele Gorman and John Gorman; and DENIED with respect to Count Two (New Jersey Consumer Fraud Act) and Count Four (federal RICO) against Michele Gorman and John Gorman; default judgment is DENIED in its entirety against Trilutions Real Estate; and it is further

ORDERED that the Court will award damages in the amount of $137,782.68, and will award $17,790.00 in attorney's fees and $1,219.71 in litigation costs; and it is further

ORDERED that the Clerk of the Court shall enter Default Judgment in favor of Plaintiff, William Bruck, and against Defendants, Michele Gorman and John Gorman, individually and jointly, in the amount of One Hundred Fifty-Six Thousand, Seven Hundred Ninety-Two Dollars and Thirty-Nine Cents ($156,792,39.)

 s/ Jerome B. Simandle
JEROME B. SIMANDLE
Chief U.S. District Judge
